IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JENNIFER BERRY, | ) |
|     Plaintiff, | )<br>)<br>)   Case No.: 5:21cv00001 |
| v. | )<br>) |
| TOWN OF FRONT ROYAL, VIRGINIA, | )<br>) |
|     Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW defendant, Town of Front Royal, Virginia ("the Town"), by counsel, pursuant to Fed. R. Civ. P. 56(a), and files its Motion for Summary Judgment on the following grounds:

1. The Town is not responsible for the alleged actions by elected officials of which Jennifer Berry ("Berry") complains.

2. The evidence in this case does not establish a claim of discrimination on the basis of sex in violation of Title VII.

3. The evidence in this case does not establish a claim of retaliation in violation of Title VII.

4. The evidence in this case does not establish a claim of retaliatory hostile work environment in violation of Title VII.

5. The evidence in this case does not establish a claim for violation of the FMLA.

WHEREFORE, for the foregoing reasons, as amplified by the accompanying Memorandum in Support of Motion for Summary Judgment, any reply to an opposition filed on behalf of plaintiff, and any reasons to be argued at any hearing, defendant, Town of Front Royal,

Virginia, by counsel, requests that the court grant its Motion for Summary Judgment and dismiss this case with prejudice.

                Respectfully submitted,

                **TOWN OF FRONT ROYAL, VIRGINIA**
                By Counsel

McGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703) 385-1000 Phone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com

    /s/
Heather K. Bardot, Esquire
Virginia State Bar No. 37269
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Timothy E. Cupp, Esquire
Shelley Cupp Schulte, PC
1951 Evelyn Byrd Avenue, Suite D
PO Box 589
Harrisonburg, Virginia 22803
Telephone:    (540) 432-9988
Facsimile:    (804) 278-9634
cupp@scs-work.com
Counsel for Plaintiff

Tim Schulte, Esquire
Shelley Cupp Schulte, PC
2020 Monument Avenue
Richmond, Virginia 23220
Telephone:    (804) 644-9700
Facsimile:    (804) 278-9634
Shelley@scs-work.com
Co-Counsel for Plaintiff

3

                                        McGAVIN, BOYCE, BARDOT,
                                         THORSEN & KATZ, P.C.
                                9990 Fairfax Boulevard, Suite 400
                                Fairfax, Virginia 22030
                                (703) 385-1000 Phone
                                (703) 385-1555 Facsimile
                                hbardot@mbbtklaw.com


                                             /s/
                                Heather K. Bardot, Esquire
                                Virginia State Bar No. 37269
                                Counsel for Defendant