IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JENNIFER BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 5:21cv00001 |
| v. | ) |
| | ) |
| TOWN OF FRONT ROYAL, VIRGINIA, | ) |
| | ) |
| Defendant. | ) |

**FINAL ORDER**

THIS MATTER is before the court on Defendant, Town of Front Royal, Virginia's Motion for Summary Judgment; and after considering the pleadings filed on behalf of the parties and the argument of counsel, the court finding it appropriate to grant the motion; it is

ORDERED that Defendant, Town of Front Royal, Virginia's Motion for Summary Judgment, shall be and hereby is GRANTED; and this case shall be and hereby is DISMISSED WITH PREJUDICE with each party to bear their own costs.

_____
Judge, Western District of Virginia

Entered: _____

Copies to:   Timothy E. Cupp, Esquire
             Heather K. Bardot, Esquire