
EXHIBIT 22

## Todd C. Jones

**From:** Jennifer Berry <jberry@frontroyalva.com>
**Sent:** Sunday, September 8, 2019 12:18 AM
**To:** Letasha Thompson
**Cc:** Matt Tederick; Eugene Tewalt; William A. Sealock Jr.; Gary Gillispie; Chris Holloway; Jacob Meza
**Subject:** Re: Social Media/Work Hours

I'm happy to continue during regular hours.

---

Jennifer E. Berry, MMC, Clerk of Council
Office of the Mayor & Town Council
Town of Front Royal
Post Office Box 1560
Front Royal, Virginia 22630
Office: 540 635-8007
Facsimile: 540 631-2725
jberry@frontroyalva.com
frontroyalva.com

On Sep 8, 2019, at 12:17 AM, Letasha Thompson <thompson@frontroyalva.com> wrote:

> Jennifer, just to clarify: Are you stating you will no longer manage social media at all OR just outside of office hours? This wasn't clear in the email. I want to make sure we all understand.
>
> Thanks.
>
> **From:** Matt Tederick <tederick@frontroyalva.com>
> **Sent:** Saturday, September 7, 2019 9:47:31 AM
> **To:** Jennifer Berry <jberry@frontroyalva.com>
> **Cc:** Eugene Tewalt <tewalt@frontroyalva.com>; William A. Sealock Jr. <sealock@frontroyalva.com>; Gary Gillispie <gillispie@frontroyalva.com>; Chris Holloway <holloway@frontroyalva.com>; Jacob Meza <meza@frontroyalva.com>; Letasha Thompson <thompson@frontroyalva.com>
> **Subject:** Re: Social Media/Work Hours
>
> Thank you for the email. I will get some guidance and clarification Monday night from Council. I will get you feedback most likely by Tuesday close of business.
>
> Have a nice weekend.
>
> Matt
>
> On Sep 7, 2019, at 9:06 AM, Jennifer Berry <jberry@frontroyalva.com> wrote:
>
>> Council,


EXHIBIT Tederick 8 10/7/21 SH

1

As I have been asked to stay close to a Monday-Friday schedule, I will not be posting Staff updates, checking or responding to comments from citizens on the Town's social media page, where we have close to 9,000 followers and many posts receive over 20,000-30,000 interactions.

I know in order to address the needs of our citizens the Town will want to make other arrangements for coverage.

The Town receives many questions and comments specifically during holidays, hurricanes, snow storms, electrical outages, and flood events, so an employee checking during those times would be very important for our citizens. Staff also has posts that need coverage on days/times that are not typical work days.

Previously I was always happy to do this on the weekend, evenings, holidays, and my vacation, as it allowed the Town to stay current and interactive with citizens every day of the week/365 days a year. With the recent request from Council to stay within specific days/hours I am attempting to comply with that request the best that I can and will no answer during "off" hours.

Jennifer

Jennifer E. Berry, MMC, Clerk of Council
Office of the Mayor & Town Council
Town of Front Royal
Post Office Box 1560
Front Royal, Virginia 22630
Office: 540 635-8007
Facsimile: 540 631-2725
jberry@frontroyalva.com
frontroyalva.com