IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JENNIFER BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 5:21cv00001 |
| v. ) | |
| ) | |
| TOWN OF FRONT ROYAL, VIRGINIA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE TO ORAL ORDER DATED MARCH 15, 2022**

COMES NOW Defendant, Town of Front Royal, Virginia, by counsel, and files its response to the court's oral order directing a response to Plaintiff's motion to seal (ECF No. [81]) by 5:00 p.m. on Wednesday March 16, 2022, as follows:

1. Defendant does not believe that the documents which plaintiff has identified in ECF No. 81 need to be sealed.

2. However, Exhibits 17 and 31 contain personal identifying information (home address) which needs to be redacted before the exhibits are publicly filed.

Respectfully submitted,

**TOWN OF FRONT ROYAL, VIRGINIA**
By Counsel

McGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703) 385-1000 Phone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com
           /s/
Heather K. Bardot, Esquire
Virginia State Bar No. 37269
Counsel for Defendant

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Timothy E. Cupp, Esquire
Shelley Cupp Schulte, PC
1951 Evelyn Byrd Avenue, Suite D
PO Box 589
Harrisonburg, Virginia 22803
Telephone:	(540) 432-9988
Facsimile:	(804) 278-9634
cupp@scs-work.com
Counsel for Plaintiff

Tim Schulte, Esquire
Shelley Cupp Schulte, PC
2020 Monument Avenue
Richmond, Virginia 23220
Telephone:	(804) 644-9700
Facsimile:	(804) 278-9634
Shelley@scs-work.com
Co-Counsel for Plaintiff

                                        McGAVIN, BOYCE, BARDOT,
                                         THORSEN & KATZ, P.C.
                                        9990 Fairfax Boulevard, Suite 400
                                        Fairfax, Virginia 22030
                                        (703) 385-1000 Phone
                                        (703) 385-1555 Facsimile
                                        hbardot@mbbtklaw.com


                                                      /s/
                                        Heather K. Bardot, Esquire
                                        Virginia State Bar No. 37269
                                        Counsel for Defendant