IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| JENNIFER BERRY, | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 5:21CV00001 |
| TOWN OF FRONT ROYAL, VIRGINIA, | ) |
|     Defendant. | ) |

**CONSENT ORDER AMENDING CAPTION**

WHEREAS, the Plaintiff, Jennifer Berry, has changed her name to Jennifer Berry Brown; and

WHEREAS, the parties, as evidenced by the endorsement of counsel to this Consent Order, have consented and agreed to the amendment to the caption of this action to reflect that Plaintiff's legal name is Jennifer Berry Brown, and the parties further consent that the caption and the Clerk's docket shall reflect that Plaintiff's legal name is now Jennifer Berry Brown;

Now, therefore, IT IS ORDERED that the caption of this case going forward, and the Clerk's docket, shall be amended to reflect that Plaintiff's new name is Jennifer Berry Brown.

_____
Honorable Joel C. Hoppe,
United States Magistrate Judge

Entered on: 3/18/22

CONSENTED TO:

JENNIFER BERRY BROWN

By: <u>s/Timothy E. Cupp</u>
Timothy Earl Cupp (VSB No. 23017)
Shelley Cupp Schulte, P.C.
1951-D Evelyn Byrd Avenue
P.O. Box 589
Harrisonburg, VA 22801
540-432-9988
Email: cupp@scs-work.com
Fax: 804-278-9634

Tim Schulte (VSB No. 41881)
Shelley Cupp Schulte, P.C.
3 West Cary Street
Richmond, VA 23220
804-644-9700
Email: schulte@scs-work.com
Fax: 804-278-9634
*Counsel for Plaintiff*

TOWN OF FRONT ROYAL

By: <u>s/Heather K. Bardot</u>
Heather K. Bardot (VSB No. 37269)
Judith B. Judkins (VSB No. 22597)
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9900 Fairfax Blvd., Suite 400
Fairfax, Virginia 22030
hbardot@bmhjlaw.com
jjudkins@bmhjlaw.com
703-385-1000
703-385-1555 (facsimile)
*Counsel for Defendant*