IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| **JENNIFER BERRY BROWN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:21-CV-00001 |
| | ) |
| **TOWN OF FRONT ROYAL, VIRGINIA,** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO ENLARGE PAGE LIMIT**

Plaintiff, Jennifer Berry Brown ( "Berry" or "Plaintiff"), by counsel, moves the Court for leave to enlarge the page limit for Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment from 25 pages, as ordered in paragraph 14 of its Scheduling Order (ECF 8) entered on March 12, 2021, as modified, to 40 pages. The grounds showing good cause for this Motion appear in the accompanying Memorandum in Support.

Berry asks that her Motion for Leave to Enlarge Page Limit be granted, and for such other further relief as is appropriate and just.

Respectfully submitted,

**JENNIFER BERRY BROWN**

By: */s/ Timothy E. Cupp*
Timothy E. Cupp (VSB #23017)
Shelley Cupp Schulte, P.C.
1951 Evelyn Byrd Avenue, Suite D
Harrisonburg, VA  22803
(540) 432-9988
(804) 278-9634 [fax]
cupp@scs-work.com

Tim Schulte (VSB #41881)
Shelley Cupp Schulte, P.C.
3 W Cary Street
Richmond VA 23220
(804) 644-9700

               (804) 278-9634 [fax]
               schulte@scs-work.com
               *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 24th day of March, 2022, the foregoing was delivered through the CM/ECF system to be forwarded electronically to:

            Heather K. Bardot, Esquire
            McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
            9990 Fairfax Blvd, Suite 400
            Fairfax, Virginia 22030
            hbardot@mbbtklaw.com
            Counsel for Defendant
             */s/ Timothy E. Cupp*