**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | |
|---|---|
| JENNIFER BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 5:21-cv-00001 |
| v. ) | |
| ) | |
| TOWN OF FRONT ROYAL, VIRGINIA, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR WITHDRAWAL

COMES NOW defendant Town of Front Royal, Virginia, by counsel and hereby moves this court, pursuant to Local Civil Rule 83.1(G) to withdraw Julia B. Judkins as counsel for Defendant, Town of Front Royal, Virginia, as she retired from the firm of Bancroft, McGavin, Horvath & Judkins, P.C., effective December 31, 2021. Defendant will continue to be represented by Heather K. Bardot of McGavin, Boyce, Bardot, Thorsen & Katz, PC.

**TOWN OF FRONT ROYAL, VIRGINIA**

By Counsel

McGAVIN, BOYCE, BARDOT, THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com

_____/s/_____
Heather K. Bardot, Esquire
Virginia State Bar #37269

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Timothy E. Cupp, Esquire
        Shelley Cupp Schulte, PC
        1951 Evelyn Byrd Avenue, Suite D
        PO Box 589
        Harrisonburg, Virginia 22803
        Telephone:   (540) 432-9988
        Facsimile:   (804) 278-9634
        cupp@scs-work.com
        Counsel for Plaintiff

        Tim Schulte, Esquire
        Shelley Cupp Schulte, PC
        2020 Monument Avenue
        Richmond, Virginia 23220
        Telephone:   (804) 644-9700
        Facsimile:   (804) 278-9634
        Shelley@scs-work.com
        Co-Counsel for Plaintiff

                    /s/
        Heather K. Bardot, VSB No. 37269
        McGAVIN, BOYCE, BARDOT, THORSEN
          & KATZ, P.C.
        9990 Fairfax Boulevard, Suite 400
        Fairfax, Virginia 22030
        Telephone:   (703) 385-1000
        Facsimile:   (703) 385-1555
        hbardot@mbbtklaw.com
        Counsel for Defendant