IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| JENNIFER BERRY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:21-cv-00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOWN OF FRONT ROYAL, VIRGINIA, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendant. | ) | |

For the reasons stated in the court's Memorandum Opinion, Defendant the Town of Front Royal, Virginia's ("the Town") objections (ECF No. 109) to Magistrate Judge Joel C. Hoppe's Opinion and Order are **OVERRULED**. The Town is **ORDERED** to produce all documents and communications related to its former outside counsel, Julia Judkins's, investigation of and involvement in Plaintiff Jennifer Berry Brown's sexual harassment allegations. Brown may further re-depose Councilmember Letasha Thompson and the Town's 30(b)(6) corporate designee, Matthew Tederick, about the same topic.

The parties are **ORDERED** to contact Courtroom Deputy Christel Kemp, (christelkemp@vawd.uscourts.gov) to schedule a status conference as soon as practicable to discuss the effect of this ruling on the parties' pending motions for summary judgment (ECF Nos. 74, 79), as well as any potential conflicts between current counsel of record and the Town that may now exist. The Town's motion for extension of time to file its objections (ECF No. 113) is **DENIED as moot**.

- 2 -

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 3rd day of May, 2022.

>   */s/ Thomas T. Cullen*
>   HON. THOMAS T. CULLEN
>   UNITED STATES DISTRICT JUDGE