IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| JENNIFER BERRY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:21-cv-00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOWN OF FRONT ROYAL, VIRGINIA, | ) | By:  Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

On May 11, 2022, the court held a status conference to discuss the effects of its May 3

order on the parties' pending motions for summary judgment (ECF Nos. 74, 79). Based on

the discussion during that conference, as well as the consent of counsel, the parties are hereby

**DIRECTED** to adhere to following procedures and deadlines:

- Defendant Town of Front Royal, Virginia ("the Town") is **ORDERED** to produce all documents and communications related to its former outside counsel Julia Judkins's investigation of and involvement in Plaintiff Jennifer Berry Brown's sexual harassment allegations by 5:00 p.m. on Monday, May 23, 2022.

- Brown may re-depose Council Member Letasha Thompson and the Town's corporate designee, Matthew Tederick, *see* Fed. R. Civ. P. 30(b)(6). Both depositions must be completed by Friday June 3, 2022. Thompson's deposition may not exceed 2 hours, and Tederick's deposition may not exceed 4 hours.

- The parties are **ORDERED** to file consolidated supplemental briefs to the pending motions for summary judgment by Friday June 17, 2022. These briefs may not exceed 20 pages and should explain how, if at all, these new discovery materials affect *both* motions for summary judgment.

- Finally, the court will hear argument on the motions for summary judgment in person on Friday, July 15, 2022, at 1:00 p.m. at the U.S. District Court in Harrisonburg, Virginia.

- 2 -

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 11th day of May, 2022.

/s/ Thomas T. Cullen

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE