## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

| | |
|---|---|
| JENNIFER BERRY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 5:21-CV-00001 |
| v. ) | |
| ) | |
| TOWN OF FRONT ROYAL, VIRGINIA, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Jennifer Berry Brown, and Defendant, Town of Front Royal, Virginia, by and through their undersigned counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Complaint are hereby dismissed with prejudice as to future action, with each party to bear her or its respective costs, expenses and attorneys' fees.

Stipulated to this 22nd day of June, 2022.

**JENNIFER BERRY BROWN**

By: s/Timothy E. Cupp
Timothy E. Cupp (VSB# 23017)
Shelley Cupp Schulte, P.C.
1951-D Evelyn Byrd Avenue Harrisonburg, VA 22801
(540)432-9988 Telephone
(804)278-9634 Facsimile
cupp@scs-work.com

Tim Schulte (VSB #41881)
Shelley Cupp Schulte, P.C.
3 West Cary Street
Richmond, Virginia 23220
(804)644-9700 Telephone
(804)278-9634 Facsimile
schulte@scs-work.com
*Counsel for Plaintiff*

**TOWN OF FRONT ROYAL, VIRGINIA**

By: <u>s/Heather K. Bardot</u>
Heather K. Bardot, Esquire
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9990 Fairfax Blvd., Suite 400
Fairfax, Virginia 22030
hbardot@mbbtklaw.com
*Counsel for Defendant Town of Front Royal, Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to Defendant's counsel as follows:

Heather K. Bardot, Esquire
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9990 Fairfax Blvd., Suite 400
Fairfax, Virginia 22030
hbardot@mbbtklaw.com

<u>s/Timothy E. Cupp</u>